# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

BRYAN BROTHERS CATTLE COMPANY, ET AL.                                    PLAINTIFFS

V.                                                                                    NO. 2:4CV139SAA
**LEAD CASE**
GLENBROOK CATTLE COMPANY, LLC, ET AL.                                DEFENDANTS

**CONSOLIDATED WITH**

WILLIAM C. WEEKS, ET AL.                                                           PLAINTIFFS

V.                                                                                    NO. 2:4CV145SAA
**TO BE FILED IN ALL CASES**

BROOKS LOUIS "LOUIE" DICKERSON, ET AL.                             DEFENDANTS

## FINAL JUDGMENT

In accordance with the memorandum opinion this day issued, the court finds

1. That the plaintiffs' second motion for summary judgment is hereby granted,

2. That the motion of Peoples Bank for summary judgment is denied,

3. That the motions of Cornerstone Bank to strike is denied as moot, and

4. That Peoples Bank's three motions *in limine* are denied as moot.

All costs of this action shall be borne by the defendants.

THIS, the 1st day of May, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　　__/s/S. ALLAN ALEXANDER_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE